UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Unsealed 3/18/09

| | |
|---|---|
| DISNEY ENTERPRISES, INC., and SANRIO, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> LM IMPORT-EXPORT, INC., and HUNG LAM, <br><br> Defendants. | CIVIL NO.: <br> **09-20584** <br> FOR: <br> (1) COPYRIGHT INFRINGEMENT; <br> (2) TRADEMARK INFRINGEMENT;  CIV - GOLD <br> (3) FALSE DESIGNATION OF ORIGIN AND FALSE DESCRIPTION;   /McALILEY <br> (4) COMMON LAW UNFAIR COMPETITION. |

**FILED UNDER SEAL**

ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF
STEPHANIE BOOMERSHINE, CONSENT TO DESIGNATION
AND REQUEST TO ELECTRONICALLY RECEIVE
NOTICES OF ELECTRONIC FILINGS

THIS CAUSE having come before the Court on the Motion for Limited Appearance of Stephanie Boomershine and Consent to Designation, requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a limited appearance of Stephanie Boomershine in this matter and request to electronically receive notice of electronic filings. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

The Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is GRANTED. Stephanie Boomershine is granted to appear and participate in this action on behalf of Disney Enterprises, Inc. and Sanrio, Inc. The Clerk shall provide electronic notification of all electronic filings to Stephanie Boomershine at stephanie.boomershine@holihanlaw.com.

DONE AND ORDERED in Chambers at Miami, Florida this 10th day of March 2009.

United States ~~District~~ Judge
MAGISTRATE

Copies furnished to:
All Counsel of Record