UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CIVIL NO.: 09-20584-CIV-GOLD/MCALILY

DISNEY ENTERPRISES, INC.,
and SANRIO, INC.,

      Plaintiffs,

vs.

LM IMPORT-EXPORT, INC.,
and HUNG LAM,

      Defendants.
_____/

Plaintiffs' Notice of Unavailability

      Counsel for Plaintiffs, Disney Enterprises, Inc. and Sanrio, Inc., hereby files this Notice of Unavailability and states that the undersigned is scheduled to be out of the country from July 27, 2009 through August 14, 2009, and respectfully requests that no hearings, depositions, or other proceeding be scheduled during this time period and that no pleadings be filed that would require a timely response during this time period.

      I hereby certify that on March 31, 2009, I forwarded the foregoing under seal to the Clerk of the Court by Federal Express. I further certify that I mailed

the foregoing document and the Sealed Document Tracking Form to Hung Lam, 4805 NW 165th Street, Miami, FL 33014.

/s/ Michael W.O. Holihan
Michael W.O. Holihan
Florida Bar No: 782165
Holihan Law
1101 North Lake Destiny Road
Suite 275
Maitland, Florida 32751
Telephone: (407) 660-8575
Fax: (407) 660-0510
Mobile: (407) 963-5885
E-mail:  michael.holihan@holihanlaw.com
Attorneys for Plaintiffs