UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-20584-CIV-GOLD/MCALILEY

DISNEY ENTERPRISES, INC., and
SANRIO, INC.

      Plaintiffs,

v.

LM IMPORT-EXPORT, INC, and,
HUNG LAM,

      Defendants.

_____/

## ORDER CLOSING CASE

THIS CAUSE is before the Court on the parties' Settlement Agreement and Consent to Permanent Injunction [DE 43].  Having Agreement Notice and being otherwise duly advised, it is hereby

ORDERED AND ADJUDGED that

1.      This Agreement [DE 43] is APPROVED.

2.      The Clerk of the Court is instructed to CLOSE this case.

3.      This Court retains jurisdiction to enforce the terms of the Agreement.

**DONE AND ORDERED** in Chambers at Miami, Florida at this 14th day of July, 2009.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
All counsel of record