UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-20584-CIV-GOLD/MCALILEY

DISNEY ENTERPRISES, INC.,
and SANRIO, INC.,

        Plaintiffs,

vs.

LM IMPORT-EXPORT, INC.,
and HUNG LAM,

        Defendants.

_____/

PERMANENT INJUNCTION AND FINAL ORDER AGAINST
LM IMPORT-EXPORT, INC.; *Closing Case* (AG)

Upon consideration of the Settlement Agreement and Consent to Permanent Injunction, and

this Court being fully aware of the premises, the Court makes the following findings of fact and

conclusions of law:

    1. This Court has jurisdiction over the Plaintiffs and Defendants, LM
Import-Export, Inc. and Hung Lam and the Subject Matter of this action.

    2. The Plaintiffs are the owners of the distinctive copyrighted properties and
trademarks identified on the index of registrations attached as Exhibit "A" to the
Complaint and hereinafter referred to as "the Copyrighted Properties and
Trademarks." The registrations are valid and subsisting and are conclusive proof of the
Plaintiffs' rights to the Copyrighted Properties and Trademarks and properties noted,
and are indexed to this Final Order and Permanent Injunction as Exhibit "A".

    3. The Plaintiffs brought the present action against LM Import-Export, Inc. and
Hung Lam alleging claims of copyright infringement, trademark infringement, false
designation of origin, false description, and unfair competition.

    4. The Plaintiffs' claims arose out of LM Import-Export Inc.'s alleged

infringement upon the Plaintiffs' Copyrighted Properties and Trademarks through LM Import-Export, Inc's sale, offering for sale, advertising, importation, promoting, marketing, displaying and/or distributing toys and related merchandise bearing unauthorized simulations, reproductions, counterfeits, copies or colorable imitations of the Copyrighted Properties and Trademarks, or bearing a design or image which was of a substantially similar appearance to the Copyrighted Properties and Trademarks.

5. LM Import-Export, Inc. has never been authorized by any of the Plaintiffs to manufacture, sell, offer for sale, advertise, import, promote, market, display and/or distribute toys and related merchandise bearing unauthorized simulations, reproductions, counterfeits, copies or colorable imitations of the Copyrighted Properties and Trademarks, or bearing any design or image which is of a substantially similar appearance to the Copyrighted Properties and Trademarks.

6. On March 13, 2009 the U.S. Marshals found in LM Import-Export, Inc.'s possession 5,040 items of allegedly unauthorized merchandise. A copy of the Seizure Inventory List is attached hereto as Exhibit "B." During a subsequent meeting of attorneys for the Plaintiffs and Defendants held on May 8, 2008 to analyze and account for the seized items, Plaintiffs returned to LM Import-Export, Inc. 1,464 items of non-infringing merchandise. A copy of the Returned and Released Inventory List is attached as Exhibit "C." The remaining 3,576 items are defined herein as the "Seized Goods."

7. The Plaintiffs are suffering and have suffered irreparable injury as a result of LM Import-Export, Inc.'s manufacture, distribution, display, sale, advertisement, promotion, importation, marketing, and/or offer for sale of toys and related merchandise bearing unauthorized simulations, reproductions, counterfeits, copies or colorable imitations of the Copyrighted Properties and Trademarks, or bearing a design or image which is of a substantially similar appearance to the Copyrighted Properties and Trademarks. The Plaintiffs will continue to suffer irreparable harm and injury should a Permanent Injunction Order not be issued.

8. LM Import-Export, Inc. stipulates and agrees to give up all right, title and interest in the Seized Goods to the Plaintiffs as provided for by the Settlement Agreement and Consent to Permanent Injunction.

9. LM Import-Export, Inc. stipulates and agrees to entry of a Permanent Injunction forever enjoining it from manufacturing, selling, offering for sale, advertising, promoting, importing, marketing and distributing, or making any commercial exploitation of any kind of merchandise, including toys and related merchandise or any other products, bearing unauthorized simulations, reproductions,

counterfeits, copies or colorable imitations of the Copyrighted Properties and Trademarks, or bearing a design or image which is of a substantially similar appearance to the Copyrighted Properties and Trademarks.

In view of the foregoing:

IT IS ORDERED AND ADJUDGED that a PERMANENT INJUNCTION is entered only as to LM Import-Export, Inc., pursuant to Rule 65 of the Federal Rules of Civil Procedure, enjoining only LM Import-Export, Inc., its agents, servants, and employees and upon those persons in active concert or participation with it who receive actual notice of this Order by personal service or otherwise:

A. From manufacturing, procuring, distributing, shipping, retailing, selling, offering for sale, marketing, advertising, importing or trafficking, in any merchandise, including toys and related merchandise, bearing unauthorized simulations, reproductions, counterfeits, copies or colorable imitations of the Copyrighted Properties and Trademarks, or bearing a design or image which is of a substantially similar appearance to the Copyrighted Properties and Trademarks listed on Exhibit "A" to the Complaint and to this Order;

B. From passing off, inducing or enabling others to sell or pass off, as authentic products produced by the Plaintiffs or otherwise authorized by the Plaintiffs, any product not manufactured by the Plaintiffs or produced under the control or supervision of the Plaintiffs and approved by the Plaintiffs, which utilize any of the Trademarks listed on Exhibit "A" to the Complaint and to this Order;

C. From committing any act calculated to cause purchasers to believe that LM Import-Export, Inc.'s products are those sold under the control and supervision of the Plaintiffs, or are sponsored, approved or guaranteed by the Plaintiffs, or are connected with and produced under the control or supervision of the Plaintiffs;

D. From further diluting and infringing Plaintiffs' Copyrighted Properties and Trademarks and damaging their goodwill;

E. From causing, aiding, and/or abetting any other person from doing any act proscribed under A through D above.

It is further ORDERED AND ADJUDGED,

That Final Judgment is awarded in favor of the Plaintiffs, Disney Enterprises, Inc. and

Sanrio, Inc. and against LM Import-Export, Inc. and Hung Lam, jointly and severally, in the amount of One Hundred and Thirty-Five Thousand Dollars ($135,000.00).    However, once LM Import-Export, Inc. and Hung Lam collectively make full payment of the Fifty-Five Thousand Dollars ($55,000.00) pursuant to the Settlement Agreement, Plaintiffs will provide LM Import-Export, Inc. and Hung Lam with a satisfaction of the monetary portion of the Final Judgment and Order, forever waiving Plaintiffs' right to collect any amount beyond the Fifty-five Thousand Dollars ($55,000.00) against LM Import-Export, Inc. and Hung Lam.

It is further ORDERED AND ADJUDGED,

That the Clerk is directed to enter a Final Judgment consistent with the above Order and that execution may thereafter issue on said Final Judgment.

It is further, ORDERED AND ADJUDGED,

That this Court shall retain jurisdiction of this action for purposes of enforcing the provisions of the Settlement Agreement, Permanent Injunction and Final Order by way of contempt or otherwise. LM Import-Export, Inc. and Hung Lam agree not to contest the validity of the Copyrighted Properties and Trademarks in any such proceedings.

Its is further, ORDERED AND ADJUDGED,

That the parties waive appeal of this Permanent Injunction and Final Order.

That any Seized Goods currently in Plaintiffs' undersigned counsel's possession as substitute custodian, or otherwise turned over to Plaintiffs' counsel as provided for in the Parties' Settlement Agreement, may be destroyed and/or disposed of at the Plaintiffs' discretion and in such manner as Plaintiffs' deem appropriate.

That the Injunction and Seizure Bond filed by the Plaintiffs in this action is hereby deemed

discharged and void with respect to Defendants, LM Import-Export, Inc. and Hung Lam.

That each party to this Permanent Injunction and Final Order shall bear its own attorneys'

fees and costs of this action.

*This Case is closed. HG*

Dated this __31__ day of __July__, 2009.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

# EXHIBIT "A"

## COPYRIGHT REGISTRATIONS

Plaintiff:    DISNEY ENTERPRISES, INC.

| Copyright Registration | Title of Work (Character) | Type of Work |
|---|---|---|
| VA 58 937 | Mickey - 1 (Mickey Mouse) | Model Sheet |
| VA 58 938 | Minnie - 1 (Minnie Mouse) | Model Sheet |
| Gp 80 184 | Donald Duck | Publications Model Sheet |
| VA 58 933 | Daisy - 1 (Daisy Duck) | Model Sheet |
| VA 58 936 | Goofy -1 (Goofy) | Model Sheet |
| Gp 80 192 | Pluto | Publications Model Sheet |
| VAu 64 814 | Baby Mickey | Model Sheet |
| VAu 64 814 | Baby Minnie | Model Sheet |
| VAu 73 216 | Baby Donald Duck | Model Sheet |
| VAu 73 217 | Baby Daisy Duck | Model Sheet |
| VAu 83 225 | Baby Goofy | Model Sheet |
| VAu 73 219 | Baby Pluto | Model Sheet |
| R 48 971 | Disney's Uncle Scrooge in Only a Poor Old Man | Comic Strip |
| RE 424 728 | Walt Disney's Ludwig von Drake | Comic Strip |
| Gp 105 126 | Horace Horsecollar | Model Sheet |
| R 567 615 | Chip | Model Sheet |
| R 567 614 | Dale | Model Sheet |
| VA 184 345 | Huey, Dewey & Louie -1 | Model Sheet |
| Gp 105 128 | Clarabelle Cow | Model Sheet |
| RE 636 587 | **Winnie the Pooh and the Honey Tree** | Motion Picture |
| RE 718 378 | **Winnie the Pooh and the Blustery Day** | Motion Picture |
| VA 58 940 | Pooh - 1 (Winnie the Pooh) | Model Sheet |
| Gp 81 528 | Rabbit | Publications Model Sheet |
| Gp 81 528 | Owl | Publications Model Sheet |
| Gp 81 532 | Kanga and Roo | Publications Model Sheet |
| Gp 81 528 | Eeyore | Publications Model Sheet |
| Gp 81 528 | Piglet | Publications Model Sheet |
| Gp 81 528 | Gopher | Publications Model Sheet |
| Gp 81 527 | Tigger | Publications Model |

| | | Sheet |
|---|---|---|
| R 354 235 | Snow White and the Seven Dwarfs | Motion Picture |
| R 346 870 | Bashful | Drawings |
| R 346 869 | Doc | Drawings |
| R 346 875 | Dopey | Drawings |
| R 346 876 | Grumpy | Drawings |
| R 346 871 | Happy | Drawings |
| R 346 874 | Sleepy | Drawings |
| R 346 873 | Sneezy | Drawings |
| R 346 872 | Snow White | Drawings |
| R 346 868 | Snow White "Witch" | Drawings |
| R 406 910 | Pinocchio | Motion Picture |
| Gp 80 186 | Pinocchio | Publications Model Sheet |
| Gp 80 188 | Jiminy Cricket | Publications Model Sheet |
| R 427 860 | Fantasia | Motion Picture |
| R 433 627 | The Reluctant Dragon | Motion Picture |
| R 442 538 | Dumbo | Motion Picture |
| R 428 428 | Dumbo Suggestions for Dumbo | Drawing |
| R 428 420 | Mother Elephant Suggestions for "Dumbo" | Drawing |
| R 428 430 | Dumbo Ringmaster Suggestions 1348 | Drawing |
| R 428 427 | Dumbo - Stork Suggestions | Drawing |
| R 428 426 | Timothy Mouse Suggestions | Drawing |
| R 428 432 | Dumbo "Miscellaneous Crows" - 2006 | Drawing |
| R 458 260 | Bambi | Motion Picture |
| R 433 645 | Bambi - Bambi | Drawing |
| R 433 630 | Bambi - Final Thumper Model - 2002 | Drawing |
| R 433 631 | Bambi - Skunk Model - 2002 | Drawing |
| R 433 636 | Bambi - Owl and Stag Models | Drawing |
| R 433 632 | Faline "Adolescent Age" | Drawing |
| R 433 633 | Bambi's Mother | Drawing |
| R 467 541 | Saludos Amigos | Motion Picture |
| R 464 785 | Joe Carioca | Drawing |
| R 516 560 | The Three Caballeros | Motion Picture |
| R 550 316 | Make Mine Music | Motion Picture |
| R 557 922 | Song of the South | Motion Picture |
| R 548 629 | Brer Rabbit | Drawing |
| R 548 626 | Brer Bear | Drawing |
| R 577 489 | Fun and Fancy Free | Motion Picture |
| R 605 180 | Melody Time | Motion Picture |
| R 636 303 | The Adventures of Ichabod & Mr. Toad | Motion Picture |
| R 648 396 | Cinderella | Motion Picture |
| R 632 319 | Cinderella | Copyright Booklet |

| | | |
|---|---|---|
| R 632 319 | Drizella | Copyright Booklet |
| R 632 319 | Anastasia | Copyright Booklet |
| R 632 319 | Stepmother | Copyright Booklet |
| R 632 319 | Fairy Godmother | Copyright Booklet |
| R 632 319 | Prince | Copyright Booklet |
| R 632 319 | Bruno, the Dog | Copyright Booklet |
| R 632 319 | Lucifer, the Cat | Copyright Booklet |
| R 632 319 | Jaq and Gus | Copyright Booklet |
| RE 27 746 | Alice in Wonderland | Motion Picture |
| VA 58 920 | Alice - 1 (Alice) | Model Sheet |
| VA 58 919 | Alice - 2 (The White Rabbit) | Model Sheet |
| VA 58 921 | Alice - 3 (Queen of Hearts) | Model Sheet |
| VA 58 922 | Alice - 4 (Cheshire Cat) | Model Sheet |
| VA 58 923 | Alice - 5 (Caterpillar) | Model Sheet |
| VA 58 924 | Alice - 6 (Tweedledee and Tweedledum) | Model Sheet |
| VA 58 922 | March Hare | Model Sheet |
| VA 58 922 | Mad Hatter | Model Sheet |
| RE 64 027 | Peter Pan | Motion Picture |
| RE 66 285 | Peter Pan | Coloring Book |
| RE 66 285 | Tinkerbell | Coloring Book |
| RE 66 285 | Captain Hook | Coloring Book |
| RE 66 285 | Mr. Smee | Coloring Book |
| RE 66 285 | Nana | Coloring Book |
| RE 162 852 | Lady and the Tramp | Motion Picture |
| RE 101 764 | Lady | Previews of Pictures |
| RE 101 764 | Tramp | Previews of Pictures |
| RE 296 296 | Sleeping Beauty | Motion Picture |
| RE 246 671 | Princess Aurora | Book |
| RE 246 671 | Prince Phillip | Book |
| RE 246 671 | Maleficent/Dragon | Book |
| RE 370 901 | One Hundred and One Dalmatians | Motion Picture |
| RE 546 478 | The Sword in the Stone | Motion Picture |
| RE 557 357 | Archimedes | Copyright Booklet |
| RE 557 357 | Merlin | Copyright Booklet |
| RE 557 357 | Wart/Arthur | Copyright Booklet |
| RE 557 357 | Madame Mim | Copyright Booklet |
| RE 571 201 | Mary Poppins | Motion Picture |
| RE 705 510 | The Jungle Book | Motion Picture |
| RE 679 798 | Mowgli | Drawing |
| RE 679 799 | Baloo | Drawing |
| RE 679 795 | Bagheera | Drawing |
| RE 679 805 | King Louie | Drawing |
| RE 679 797 | Kaa | Drawing |
| RE 679 807 | Shere Khan | Drawing |

| Lp 38 283 | **The Aristocats** | Motion Picture |
|---|---|---|
| Gu 44 754 | O'Malley | Drawing |
| Gu 44 750 | Duchess | Drawing |
| Gu 44 748 | Edgar | Drawing |
| Gu 44 745 | Roquefort | Drawing |
| Lp 39 817 | **Bedknobs and Broomsticks** | Motion Picture |
| Gu 46 904 | Crocky | Drawing |
| Gu 46 908 | Sailor Bear | Drawing |
| Gu 46 906 | Codfish | Drawing |
| Gu 46 917 | Secretary Bird | Drawing |
| LP 42 905 | **Robin Hood** | Motion Picture |
| Gu 46 582 | Robin Hood | Drawing |
| Gu 46 583 | Little John | Drawing |
| Gu 46 584 | Sir Hiss | Drawing |
| Gu 47 230 | Sheriff of Nottingham | Drawing |
| Gu 47 762 | Friar Tuck | Drawing |
| Gu 46 585 | Prince John | Drawing |
| Gu 50 764 | Maid Marion | Drawing |
| Gu 50 763 | Lady Cluck | Drawing |
| Lp 49 678 | **The Rescuers** | Motion Picture |
| Gp 96 289 | Miss Bianca | Drawing |
| Gp 96 286 | Orville | Drawing |
| Gp 96 288 | Madame Medusa | Drawing |
| Gp 96 287 | Bernard | Drawing |
| Gp 103 814 | Penny | Drawing |
| Gu 57 278 | Rufus | Drawing |
| Gu 56 625 | Evinrude | Drawing |
| PA 1 371 | **Pete's Dragon** | Motion Picture |
| Gp 111 695 | Elliott the Dragon | Drawing |
| PA 125 861 | **The Fox and the Hound** | Motion Picture |
| VAu 10 933 | Todd (Young) | Drawing |
| VAu 10 930 | Copper (Pup) | Drawing |
| VAu 10 936 | Vixey | Drawing |
| VAu 10 928 | Big Mama | Drawing |
| VAu 12 417 | Dinky | Drawing |
| VAu 12 418 | Boomer | Drawing |
| VAu 12 415 | Squeeks | Drawing |
| PA 252 525 | **The Black Cauldron** | Motion Picture |
| VAu 24 517 | Eilonwy | Drawing |
| VAu 29 561 | Fflewddur | Drawing |
| VAu 24 518 | Gurgi | Drawing |
| VAu 24 070 | Hen Wen | Drawing |
| VAu 24 592 | The Horned King | Drawing |
| VAu 24 519 | Taran | Drawing |

| | | |
|---|---|---|
| VAu 47 075 | Orddu | Drawing |
| VAu 47 073 | Orgoch | Drawing |
| VAu 47 074 | Orwen | Drawing |
| PA 290 808 | **The Great Mouse Detective** | Motion Picture |
| VAu 76 103 | Basil 185-126 | Model Sheet |
| VAu 76 102 | Dr. Dawson 1284-80 | Model Sheet |
| VAu 81 570 | Olivia | Model Sheet |
| VAu 76 100 | Ratigan 285-166 | Model Sheet |
| VAu 81 572 | Fidget | Model Sheet |
| VAu 81 571 | Flaversham | Model Sheet |
| VAu 86 112 | Felicia - Clean Up Model 0238 | Model Sheet |
| VAu 76 104 | Toby 285-170 | Model Sheet |
| VAu 85 019 | Mrs. Judson | Model Sheet |
| VAu 85 021 | Queen Victoria | Model Sheet |
| VAu 85 022 | Bartholomew | Model Sheet |
| PA 385 556 | **Oliver and Company** | Motion Picture |
| VAu 104 921 | Dodger Construction Sheets | Model Sheet |
| VAu 104 920 | Einstein Construction Sheets | Model Sheet |
| VAu 104 919 | Frances Construction Sheets | Model Sheet |
| VAu 104 916 | Rita Construction Sheets | Model Sheet |
| VAu 109 377 | Oliver Rough Model | Model Sheet |
| VAu 109 379 | Tito - Ruff Model | Model Sheet |
| VAu 119 949 | How to Draw Georgette | Model Sheet |
| PA 431 543 | **The Little Mermaid** | Motion Picture |
| VAu 123 355 | Ariel 9-9-87 Ruff (Ariel) | Drawings |
| VAu 123 351 | Scuttle | Drawings |
| VAu 123 354 | Ruff Sebastion 9-4-87 (Sebastian) | Drawings |
| VAu 123 348 | Ruff Ursula 9-9-87 (Ursula) | Drawings |
| VAu 123 352 | Prince Eric | Drawings |
| VAu 123 350 | Triton | Drawings |
| VAu 123 353 | Flotsam/Jetsam | Drawings |
| VAu 123 349 | Flounder | Drawings |
| PAu 1 024 341 | **DuckTales** | Motion Picture |
| VAu 101 067 | Launchpad McQuack | Pamphlet of Drawings |
| VAu 101 067 | Webby | Pamphlet of Drawings |
| VAu 101 067 | Doofus | Pamphlet of Drawings |
| VAu 101 067 | Mrs. Beakley | Pamphlet of Drawings |
| VAu 101 067 | Duckworth | Pamphlet of Drawings |
| PA 486 535 | **The Rescuers Down Under** | Motion Picture |
| VAu 161 749 | Cody | Model Sheets |
| VAu 155 884 | Jake (Rough Models) | Model Sheets |
| VAu 155 844 | McLeach (Rough Model) | Model Sheets |
| VAu 170 264 | Marahute (Rough Model) | Model Sheets |
| PA 542 647 | **Beauty and the Beast** | Motion Picture |

| | | |
|---|---|---|
| VAu 200 866 | Belle (Beauty and the Beast) | Artwork |
| VAu 210 914 | Beast | Licensing Kit |
| VAu 194 311 | Maurice (Beauty and the Beast) | Artwork |
| VAu 199 855 | Mrs. Potts (Beauty and the Beast) | Artwork |
| VAu 200 868 | Cogsworth (Beauty and the Beast) | Artwork |
| VAu 194 310 | Lumiere (Beauty and the Beast) | Artwork |
| VAu 201 337 | Chip (Beauty and the Beast) | Artwork |
| VAu 194 307 | Gaston (Beauty and the Beast) | Artwork |
| VAu 194 309 | LeFou (Beauty and the Beast) | Artwork |
| VAu 199 856 | Phillipe (Beauty and the Beast) | Artwork |
| VAu 200 869 | Featherduster (Beauty and the Beast) | Artwork |
| PA 583 905 | Aladdin | Motion Picture |
| VAu 215 432 | Aladdin - Aladdin | Model Sheet |
| VAu 215 453 | Aladdin - Genie | Model Sheet |
| VAu 215 793 | Aladdin - Abu | Model Sheet |
| VAu 218 349 | Aladdin - Iago | Model Sheet |
| VAu 230 534 | Aladdin - Rasoul | Model Sheet |
| VAu 218 348 | Aladdin - The Sultan | Model Sheet |
| VAu 230 533 | Aladdin - Jafar | Model Sheet |
| VAu 221 841 | Aladdin - Jasmine | Model Sheet |
| VAu 221 842 | Aladdin - Jafar as Beggar | Model Sheet |
| VAu 232 164 | Aladdin - Narrator | Model Sheet |
| PA 659 979 | The Lion King | Motion Picture |
| VAu 246 448 | The Lion King - Mufasa | Model Sheet |
| VAu 245 946 | The Lion King - Sarabi | Model Sheet |
| VAu 246 447 | The Lion King - Simba | Model Sheet |
| VAu 246 440 | The Lion King - Young Simba | Model Sheet |
| VAu 246 438 | The Lion King - Nala | Model Sheet |
| VAu 246 664 | The Lion King - Young Nala | Model Sheet |
| VAu 245 947 | The Lion King - Rafiki | Model Sheet |
| VAu 245 945 | The Lion King - Shenzi, Banzai & Ed | Model Sheet |
| VAu 246 437 | The Lion King - Pumbaa | Model Sheet |
| VAu 245 662 | The Lion King - Timon | Model Sheet |
| VAu 246 446 | The Lion King - Scar | Model Sheet |
| VA 611 201 | Zazu | Licensing Kit |
| PA 720 179 | Pocahontas | Motion Picture |
| VAu 262 859 | Pocahontas - Pocahontas Standing | Artwork |
| VAu 261 970 | Pocahontas - Powhatan | Artwork |
| VAu 261 967 | Pocahontas - Percy | Artwork |
| VAu 302 884 | Pocahontas - John Smith | Artwork |
| VAu 302 886 | Pocahontas - Meeko the Raccoon | Artwork |
| VAu 302 883 | Pocahontas - Flit the Hummingbird | Artwork |
| VAu 300 559 | Pocahontas - Ratcliffe | Artwork |
| VAu 302 885 | Pocahontas - Grandmother Willow | Artwork |

| | | |
|---|---|---|
| PA 765 713 | **Toy Story** | Motion Picture |
| VAu 337 565 | Toy Story - Woody | Artwork |
| VAu 337 566 | Toy Story - Buzz Lightyear | Artwork |
| VAu 337 567 | Toy Story - Hamm | Artwork |
| VAu 337 568 | Toy Story - Rex | Artwork |
| VAu 337 569 | Toy Story - Bo Peep Lamp and Sheep | Artwork |
| VAu 337 186 | Toy Story - Lenny | Artwork |
| VAu 273 627 | Toy Story - Mom | Artwork |
| VAu 348 598 | Toy Story - Andy | Artwork |
| VAu 348 599 | Toy Story - Hannah | Artwork |
| PA 795 221 | **The Hunchback of Notre Dame** | Motion Picture |
| VAu 336 992 | The Hunchback of Notre Dame - Quasimodo | Model Sheet |
| VAu 332 434 | The Hunchback of Notre Dame - Esmeralda | Model Sheet |
| VAu 336 056 | The Hunchback of Notre Dame - Phoebus | Model Sheet |
| VAu 336 057 | The Hunchback of Notre Dame - Djali | Model Sheet |
| VAu 343 663 | The Hunchback of Notre Dame - Gargoyles | Model Sheets |
| VAu 336 058 | The Hunchback of Notre Dame - Clopin | Model Sheet |
| VAu 336 059 | The Hunchback of Notre Dame - Frollo | Model Sheet |
| VAu 336 878 | The Hunchback of Notre Dame - Will Doll/Sam Doll | Model Sheet |
| PA 670 961 | **Hercules** | Motion Picture |
| VAu 369 603 | Hercules - Hercules | Model Sheets |
| VAu 369 600 | Hercules - Baby Hercules | Model Sheets |
| VAu 367 973 | Hercules - Meg | Model Sheets |
| VAu 369 605 | Hercules - Pegasus | Model Sheets |
| VAu 369 598 | Hercules - Baby Pegasus | Model Sheets |
| VAu 367 965 | Hercules - Phil | Model Sheets |
| VAu 367 964 | Hercules - Hades | Model Sheets |
| VAu 367 969 | Hercules - Pain | Model Sheets |
| VAu 375 850 | Hercules - Panic | Model Sheets |
| VAu 377 944 | Hercules - Hydra Head | Model Sheet |
| PA 799 025 | **Mulan** | Motion Picture |
| VA 849 510 | Mulan | Style Guide |
| VAu 379 045 | The Legend of Mulan - Mulan | Model Sheets |
| VAu 379 027 | The Legend of Mulan - Mulan as Ping | Model Sheets |
| VAu 379 021 | The Legend of Mulan - Mushu | Model Sheets |
| VAu 379 024 | The Legend of Mulan - Shang | Model Sheets |
| VAu 378 480 | The Legend of Mulan - Kahn | Model Sheets |
| VAu 381 069 | The Legend of Mulan - Cricket | Model Sheets |
| PA 901 890 | **A Bug's Life*** | Motion Picture |
| VA 875 986 | A Bug's Life* | Style Guide |
| VAu 399 357 | Flik* | Model Sheets |
| VAu 399 356 | Hopper* | Model Sheets |
| VAu 399 351 | Atta* | Model Sheets |

| | | |
|---|---|---|
| VAu 399 349 | Dot* | Model Sheets |
| VAu 399 343 | Dim* | Model Sheets |
| VAu 399 352 | Tuck & Roll* | Model Sheets |
| VAu 399 350 | Francis* | Model Sheets |
| VAu 399 348 | Heimlich* | Model Sheets |
| VAu 399 353 | Slim* | Model Sheets |
| VAu 399 342 | Rosie* | Model Sheets |
| VAu 399 346 | P.T. Flea* | Model Sheets |
| VAu 399 345 | Manny* | Model Sheets |
| VAu 399 344 | Gypsy* | Model Sheets |
| VAu 399 347 | Thumper* | Model Sheets |
| VAu 399 354 | Molt* | Model Sheets |
| VAu 399 355 | Queen* | Model Sheets |
| PA 959 870 | **Toy Story 2*** | Motion Picture |
| VAu 414 563 | Toy Story 2 - Al's Car* | Model Sheet |
| VAu 405 573 | Toy Story 2 - Bullseye* | Model Sheet |
| VAu 406 700 | Toy Story 2 - Coffee Table* | Model Sheet |
| VAu 407 195 | Toy Story 2 - Cushy Chair* | Model Sheet |
| VAu 405 571 | Toy Story 2 - Emporer Zurg* | Model Sheet |
| VAu 405 572 | Toy Story 2 - Jessie* | Model Sheet |
| VAu 405 197 | Toy Story 2 - L'il Yuppie* | Model Sheet |
| VAu 405 574 | Toy Story 2 - Prospector* | Model Sheet |
| VAu 407 196 | Toy Story 2 - Wood Chair* | Model Sheet |
| VA960 902 | Toy Story 2 - Style Guide* | Style Guide |
| PA 974 011 | **Dinosaur** | Motion Picture |
| VAu 486 473 | Aladar | Model Sheet |
| VAu 486 477 | Baylene | Model Sheet |
| VAu 486 476 | Bruton | Model Sheet |
| VAu 486 478 | Eema | Model Sheet |
| VAu 486 475 | Kron | Model Sheet |
| VAu 486 474 | Neera | Model Sheet |
| VAu 486 472 | Plio | Model Shhet |
| VAu 486 479 | Suri | Model Sheet |
| VAu 486 471 | Yar | Model Sheet |
| VA 996 530 | Dinosaur - Phase I | Style Guide |
| VA 992 942 | Dinosaur - Phase II | Style Guide |
| PA 940 885 | **The Emporer's New Groove** | Motion Picture |
| VA 999 573 | Emporer's New Groove | Style Guide |
| VAu 479 682 | Kronk | Model Sheet |
| VAu 479 685 | Kuzco | Model Sheet |
| VAu 479 683 | Kuzco Llama | Model Sheet |
| VAu 479 684 | Pacha | Model Sheet |
| VAu 479 681 | Yzma | Model Sheet |

| PA1 039 237 | **Atlantis: The Lost Empire** | Motion Picture |
| VAu 465 845 | Dr. Sweet | Model Sheet |
| VAu 465 846 | Milo James Thatch | Model Sheet |
| VAu 464 134 | Whitmore | Model Sheet |
| VAu 464 136 | King | Model Sheet |
| VAu 464 137 | Moliere | Model Sheet |
| VAu 464 139 | Princess Kida | Model Sheet |
| PA1 038 178 | **Monsters, Inc.** | Motion Picture |
| VAu 462 106 | Mike | Model Sheet |
| VAu 462 107 | Mr. Waternoose | Model Sheet |
| VAu 462 109 | Sullivan | Model Sheet |
| VAu 462 110 | Switch | Model Sheet |
| VAu 463 631 | Roz | Model Sheet |
| VAu 495 886 | Ran | Model Sheet |
| VAu 513 637 | Boo | Model Sheet |
| PA1 107 581 | **Treasure Planet** | Motion Picture |
| VAu 503 462 | Morph | Model Sheet |
| VAu 503 463 | JH | Model Sheet |
| VAu 503 468 | DD | Model Sheet |
| VAu 503 469 | BBN2 | Model Sheet |
| VAu 503 471 | BBN | Model Sheet |
| VAu 503 473 | ARR | Model Sheet |
| VAu 503 521 | Sil | Model Sheet |
| VAu 503 987 | Ame | Model Sheet |
| PA1 082 244 | **Lilo and Stitch** | Motion Picture |
| VAu 506 816 | PLE | Model Sheet |
| VAu 506 817 | LIL | Model Sheet |
| VAu 506 818 | ST199 | Model Sheet |
| VAu 506 822 | JUM | Model Sheet |
| VAu 506 825 | ST100 | Model Sheet |
| PA1 121 379 | **Piglet's Big Movie** | Motion Picture |
| PA1 146 502 | **Finding Nemo** | Motion Picture |
| VA1 162 469 | Finding Nemo Style Guide | Style Guide |
| VAu 559 052 | Sharks: Bruce, Anchor & Chum | Model Sheet |
| VAu 559 053 | Sharks: Bruce, Anchor & Chum(simplified) | Model Sheet |
| VAu 559 054 | Ocean Friends: Tad, Pearl & Sheldon | Model Sheet |
| VAu 559 055 | Tank Gang: Bloat, Peach, Gurgle, Bubbles, Deb | Model Sheet |
| VAu 559 056 | Primary: Nemo, Dory, Gill (2) | Model Sheet |
| PA1 188-459 | **Brother Bear** | Motion Picture |
| VA1 212 077 | **Home on the Range** | Style Guide |
| | **Teacher's Pet** | |
| VAu 501 211 | Leonard | Model Sheet |
| VAu 501 212 | Spot | Model Sheet |

| VA 977-375 | Birnbaum's Walt Disney World 2000 | Photographs and Artwork |
| PA1 250 536 | **The Incredibles** | Motion Picture |
| PA 760 761 | **The Big Green** | Motion Picture |
| PA1 038 174 | **The Princess Diaries** | Motion Picture |

Plaintiff:   SANRIO COMPANY, LTD.

| Copyright Registration | Title of Work (Character) | Registration Date |
|---|---|---|
| VA 130 419 | My Melody Graphic Artwork | December 2, 1982 |
| VA 130 420 | Hello Kitty Graphic Artwork | December 2, 1982 |
| VA 130 421 | Patty & Jimmy Graphic Artwork | December 2, 1982 |
| VA 148 625 | Tuxedo Sam Stickers | February 21, 1984 |
| VA 246 421 | Little Twin Stars Stickers | December 15, 1986 |
| VA 636 579 | KeroKeroKeroppi Sticker Book | May 25, 1994 |
| VA 636 580 | Pochacco Sticker Book | May 25, 1994 |
| VA 636 581 | Zashikibuta Stickers | May 25, 1994 |
| VA 636 582 | Pekkle Graphic Artwork | May 25, 1994 |
| VA 811 440 | Bad Badtz Maru Graphic Artwork | February 4, 1997 |
| VA 840 494 | Winkipinki Graphic Artwork | February 4, 1997 |
| VA 840 495 | Monkichi Graphic Artwork | February 4, 1997 |
| VA 840 496 | Picke Bicke Graphic Artwork | February 4, 1972 |

## TRADEMARK REGISTRATIONS

Plaintiff:    DISNEY ENTERPRISES, INC.

| Mark | Registration Number | Date of Issuance | Class |
|------|---------------------|------------------|-------|
| "Mickey Mouse" Design | 1,857,626 | October 11, 1997 | 14 |
| "Mouse Ears" Design | 1,524,601 | February 14, 1989 | 25 |
| "Donald Duck" | 1,161,868 | July 21, 1981 | 16 |
| "Mickey Mouse" Design | 2,704,887 | April 8, 2003 | 9, 16, 18, 20, 21, 24, 25, 28 |
| "Minnie Mouse" Design | 2,700,619 | March 25, 2003 | 9, 16, 18, 20, 21, 24, 25, 28, 30 |
| "Donald Duck" Design | 2,700,620 | March 25, 2003 | 9, 16, 18, 20, 21, 24, 25, 28, 30 |
| "Daisy Duck" Design | 2,704,890 | April 8, 2003 | 16, 18, 20, 21, 25, 28, 30, 9 |
| "Goofy" Design | 2,721,608 | June 3, 2003 | 9, 16, 18, 20, 21, 24, 25, 28, 30 |
| "Pluto" Design | 2,707,323 | April 15, 2003 | 9, 16, 18, 21, 24, 25, 28, 30 |
| "Winnie the Pooh" Design | 2,704,888 | April 8, 2003 | 9, 16, 18, 20, 21, 24, 25, 28, 30 |
| "Eeyore" Design | 2,704,886 | April 8, 2003 | 18, 21, 24, 25, 28, 9, |
| "Piglet" Design | 2,700,618 | March 25, 2003 | 9, 16, 18, 20, 21, 24, 25, 28 |
| "Mickey Mouse" Stylized | 0,247,156 | September 18, 1928 | 9 |
| "Mickey Mouse" Stylized | 0,309,098 | January 2, 1934 | 14 |
| "Mickey Mouse" | 3,007,745 | October 18, 2005 | 14 |
| "Lizzie McGuire" | 2,935,319 | March 22, 2005 | 25 |
| "Kim Possible" | 2,929,164 | March 1, 2005 | 28 |
| "Finding Nemo" Design | 2,913,697 | December 21, 2004 | 14 |
| "Finding Nemo" | 2,856,452 | June 22, 2004 | 18 |
| "Finding Nemo" | 2,795,845 | December 16, 2003 | 14 |
| "Lilo and Stitch" | 2,802,901 | January 6, 2004 | 16 |
| "Lilo and Stitch" | 2,889,557 | September 28, 2004 | 21 |
| "Lilo & Stitch" | 2,821,509 | March 9, 2004 | 25 |
| "Lilo & Stitch" | 2,811,097 | February 3, 2004 | 28 |
| "Lilo & Stitch" | 2,759,640 | September 2, 2003 | 14 |

| | | | |
|---|---|---|---|
| "Disney's Beauty and the Beast" | 2,870,954 | August 10, 2004 | 25 |
| "M" Design | 2,817,882 | February 24, 2004 | 21 |
| "M" Design | 2,780,099 | November 4, 2003 | 18 |
| "M" Design | 2,882,165 | September 7, 2004 | 16 |
| "M" Design | 2,727,839 | June 17, 2003 | 28 |
| "Treasure Planet" | 2,805,362 | January 13, 2004 | 28 |
| "Treasure Planet" | 2,759,703 | September 2, 2003 | 25 |
| "Winnie the Pooh" Design | 2,623,099 | September 24, 2002 | 24 |
| "Walt Disney's Pinocchio" Design | 2,920,964 | January 25, 2005 | 3, 9, 14, 16, 18, 21, 24, 28 |
| "Toy Story" | 2,196,108 | October 13, 1998 | 9 |
| "Toy Story" | 2,520,404 | December 18, 2001 | 14, 21, 24, 28, 30 |
| "Walt Disney's Lady and the Tramp" Design | 2,897,511 | October 26, 2004 | 3, 9, 14, 16, 18, 21, 24, 25, 28, 30 |
| "Walt Disney's Dumbo" Design | 2,895,969 | October 19, 2004 | 18, 3, 9, 14, 16, 21, 24, 25, 28, 30 |
| "Walt Disney's Alice in Wonderland" Design | 2,895,968 | October 19, 2004 | 3, 9, 14, 16, 18, 21, 24, 25, 28, 30 |
| "Walt Disney's Peter Pan" Design | 2,895,967 | October 19, 2004 | 3, 9, 14, 16, 18, 21, 24, 25, 28 |
| "Walt Disney's Sleeping Beauty" Design | 2,895,966 | October 19, 2004 | 3, 9, 14, 16, 18, 21, 28, 30 |
| "Walt Disney's Snow White & the Seven Dwarfs" Design | 2,891,463 | October 5, 2004 | 3, 9, 14, 16, 18, 21, 24, 25, 28, 30 |
| "Walt Disney's Bambi" Design | 2,889,386 | September 28, 2004 | 3, 9, 14, 16, 18, 21, 24, 25, 28 |
| "Walt Disney's Cinderella" Design | 3,057,988 | February 7, 2006 | 9, 14, 16, 18, 21, 24, 25, 28, 30 |
| "Mulan" | 2,358,721 | June 13, 2000 | 16, 25, 28 |
| "Mulan" | 2,601,335 | July 30, 2002 | 14, 16, 21, 24, 25 |
| "Disney Cruise Line" | 2,286,563 | October 12, 1999 | 39, 41, 42 |
| "A Bug's Life" | 2,487,865 | September 11, 2001 | 9, 14, 16, 18, 25, 28, 29 |
| "The Lion King" Design | 1,928,563 | October 17, 1995 | 28 |
| "The Lion King" Design | 1,940,193 | December 5, 1995 | 25 |
| "Cinderella" | 1,964,330 | March 26, 1996 | 25 |
| "Disney" | 1,162,727 | July 28, 1981 | 16 |
| "Huey, Dewey and Louie" | 1,148,423 | March 17, 1981 | 16 |
| "Goofy" | 1,159,124 | June 30, 1981 | 16 |

| | | | |
|---|---|---|---|
| "Pinocchio" | 0,272,070 | June 24, 1930 | 28 |
| "Disney" | 2,888,282 | September 28, 2004 | 9 |
| "Disney" | 3,235,413 | April 24, 2007 | 9 |
| "Disney" | 3,328,006 | October 30, 2007 | 16 |
| "Disney" | 3,410,201 | April 8, 2008 | 9 |
| "Disney" | 3,432,510 | May 20, 2008 | 28 |
| "Disney Princess" | 3,363,899 | January 1, 2008 | 16 |
| "Disney Princess" | 3,367,265 | January 8, 2008 | 28 |
| "Disney Princess" | 3,379,422 | February 5, 2008 | 14 |
| "Disney Princess" | 3,403,720 | March 25, 2008 | 9 |
| "Disney Princess" | 3,459,442 | July 1, 2008 | 16 |
| "Disney Princess" | 3,459,443 | July 1, 2008 | 18 |
| "Disney Princess" | 3,473,786 | July 22, 2008 | 3 |
| "Disney Princess" | 3,506,494 | September 23, 2008 | 24 |
| "Disney Princess" | 3,506,495 | September 23, 2008 | 25 |
| "Disney Princess" | 3,541,892 | December 2, 2008 | 28 |
| "Disney Princess" | 3,545,447 | December 9, 2008 | 30 |
| "Disney Princess" | 3,577,933 | February 17, 2009 | 9 |
| "Tinker Bell" Design | 3,370,948 | January 15, 2008 | 24 |
| "Tinker Bell" Design | 3,370,949 | January 15, 2008 | 16 |
| "Tinker Bell" Design | 3,370,950 | January 15, 2008 | 25 |
| "Tinker Bell" Design | 3,370,952 | January 15, 2008 | 28 |
| "Tinker Bell" Design | 3,447,048 | June 10, 2008 | 24 |
| "Tinker Bell" Design | 3,447,049 | June 10, 2008 | 25 |
| "Tinker Bell" Design | 3,451,443 | June 17, 2008 | 28 |
| "Disney Fairies" | 3,354,477 | December 11, 2007 | 25 |
| "Disney Fairies" | 3,354,482 | December 11, 2007 | 24 |
| "Disney Fairies" | 3,354,486 | December 11, 2007 | 21 |

Plaintiff:          SANRIO COMPANY, LTD.

| Mark | Registration Number | Date of Issuance | Class |
|---|---|---|---|
| Hello Kitty (rep.) | 1,200,083 | July 6, 1982 | 3, 8, 14, 16, 18, 21, 24, 25, 26, 28 |
| Hello Kitty (rep.) | 1,277,721 | May 15, 1984 | 3, 5, 6, 9, 14, 15, 16, 18, 20, 21, 24, 25, 26, 28, 30 |

| | | | |
|---|---|---|---|
| Hello Kitty (words) | 1,215,436 | November 9, 1982 | 3, 8, 14, 16, 18, 21, 24, 25 |
| Hello Kitty (words) | 1,279,486 | May 29, 1984 | 3, 5, 6, 8, 9, 14, 15, 16, 18, 20, 21, 24, 25, 26, 28, 30 |
| Hello Kitty (rep.) | 1,370,105 | November 12, 1985 | 16, 20, 24, 25, 26, 28 |
| Little Twin Stars (words) | 3,245,992 | May 29, 2007 | 14 |
| Chococat (rep.) | 2,842,707 | May 18, 2004 | 14 |
| Keroppi (word) | 3,181,349 | December 5, 2006 | 14 |
| Bow Device | 3,260,857 | July 10, 2007 | 14 |
| Sanrio | 2,721,680 | June 3, 2003 | 14 |
| Sanrio Smiles | 2,434,191 | March 6, 2001 | 14 |
| Tuxedo Sam (rep.) | 1,393,190 | May 13, 1986 | 14, 16, 18, 20, 21, 26, 28 |
| Tuxedo Sam (words) | 1,294,163 | September 11, 1984 | 14, 16, 18, 20, 21, 28 |
| Little Twin Stars (words) | 1,341,864 | June 18, 1985 | 3, 5, 8, 9, 14, 15, 16, 18, 20, 21, 25, 26, 28, 30 |
| My Melody (words) | 1,305,637 | November 20, 1984 | 3, 5, 6, 8, 14, 15, 16, 18, 20, 21, 24, 25, 26, 28, 30 |
| Cinnamaroll (word) | 2,955,392 | May 24, 2005 | 14 |
| Charmmy Kitty (words) | 3,265,491 | July 17, 2007 | 14 |
| Chi Chai Monchan (words) | 3,068,744 | March 14, 2006 | 14 |
| Bow design | 3,253,794 | June 19, 2007 | 28 |
| Bow design | 3,260,857 | July 10, 2007 | 14 |
| Bow design | 3,260,859 | July 10, 2007 | 22 |
| Bow design | 3,260,860 | July 10, 2007 | 26 |
| Bow design | 3,348,608 | December 4, 2007 | 6 |
| Bow design | 3,359,801 | December 25, 2007 | 18 |
| Bow design | 3,362,513 | January 1, 2008 | 9 |

EXHIBIT "B"

# SEIZURE INVENTORY

**Subject:** LM Import-Export, Inc. and Hung Lam

**DBA:** _____

**DBA Address:** 4805 NW 165th Street          **Home Address:** 5720 SW 128th Street

**City:** Miami, FL 33014                      **City:** Miami, FL 33156

**State:** _____            **State:** _____

**Phone:** _____            **Phone:** _____

| BOX # | QUANTITY | PRODUCT TYPE | COMPANY |
|-------|----------|--------------|---------|
| 1 | 108 | CD Players Princess | Disney |
| 2 | 108 | CD Players | |
| 3 | 108 | CD Players | |
| 4 | 24 | Tea Sets Princess | |
| 5 | 24 | Tea Sets Princess | |
| 6 | 24 | Tea Sets Princess | |
| 7 | 24 | Tea Sets Princess | |
| 8 | 24 | Tea Sets Princess | |
| 12 9 | 24 | Tea Sets Princess | |
| 10 | 96 | MP3 Players Princess | |
| 11 | 96 | MP3 Players Princess | |
| 9 12 | 96 | MP3 Players Princess | |
| 13 | 40 | Fashion (Purse) Sets | |
| 14 | 40 | Fashion Sets Princess | |
| 15 | 40 | Fashion Sets Princess | |
| 16 17 | 12 | DreamCastle Princess | |
| 17 | 40 | Fashion Sets Princess | |
| 18 | 12 | Dream Castle Princess | |

**Prepared By:** C Baker          **Date:** 3-13-09

**Subject Signature:** _____

Page 1 of 10



SEIZURE INVENTORY, *continued*

SUBJECT: LM Import-Export, Inc., and Hung Lam

| ITEM# | BOX# | Quantity TITLE | PRODUCT TYPE | COMPANY |
|---|---|---|---|---|
| 19 | 12 | Dream Castle | Princess | Disney |
| 20 | 12 | Dream Castle | Princess | Disney |
| 21 | 12 | Dream Castle | Princess | Disney |
| 22 | 24 | Tea Sets | Princess | |
| 23 | 24 | Tea Sets | Princess | |
| 24 | 24 | Tea Sets | Princess | |
| 25 | 24 | Tea Sets | Princess | |
| 26 | 48 | Fashion Bag Sets | Princess | |
| 27 | 48 | Fashion Bag Sets | | |
| 28 | 48 | Fashion Bag Sets | | |
| 29 | 48 | Fashion Bag Sets | | |
| 30 | 48 | Fashion Bag Sets | | |
| 31 | 48 | Fashion Bag Sets | | |
| 32 | 48 | Fashion Bag Sets | | |
| 33 | 48 | Fashion Bag Sets | Princess | |
| 34 | 72 | MP3 Players | Princess | |
| 35 | 72 | MP3 Players | | |
| 36 | 72 | MP3 Players | | |
| 37 | 72 | MP3 Players | | |
| 38 | 72 | MP3 Players | | |
| 39 | 72 | MP3 Players | | |
| 40 | 72 | MP3 Players | | |
| 41 | 72 | MP3 Players | | |
| 42 | 72 | MP3 Players | | |
| 43 | 72 | MP3 Players | | |

## SEIZURE INVENTORY, *continued*

**SUBJECT:**  LM Import-Export, Inc. and Hung Lam

| Box ITEM# | Quantity BOX# | TITLE | PRODUCT TYPE | COMPANY |
|---|---|---|---|---|
| 44 | 48 | Radius | Princess | Disney |
| 45 | 48 | Radius | | |
| 46 | 48 | Radius | | |
| 47 | 48 | Radius | | |
| 48 | 48 | Radius | | |
| 49 | 48 | Radius | | |
| 50 | 48 | Radius | | |
| 51 | 48 | Radius | | |
| 52 | 48 | Radius | | |
| 53 | 48 | Radius | | |
| 54 | 48 | Radius | Princess | Disney |
| 55 | 18 | Tea Sets | | |
| 56 | 18 | | | |
| 57 | 18 | | | |
| 58 | 18 | | | |
| 59 | 18 | | | |
| 60 | 18 | | | |
| 61 | 18 | | | |
| 62 | 18 | | | |
| 63 | 18 | | | |
| 64 | 18 | | | |
| 65 | 18 | | | |
| 66 | 18 | | | |
| 67 | 18 | | | |
| 68 | 18 | Tea Sets | | |

Page 3 of 6

**SEIZURE INVENTORY,** *continued*

SUBJECT: LM Import-Export-Export, Inc. and Hung Lam

| ITEM# | BOX# | TITLE | PRODUCT TYPE | COMPANY |
|---|---|---|---|---|
| 69 | 18 | Tea Sets | Princess | Disney |
| 70 | 72 | CD Players | Princess | Disney |
| 71 | 72 | CD Players | | |
| 72 | 72 | CD Players | | |
| 73 | 72 | CD Players | | |
| 74 | 72 | CD Players | | |
| 75 | 72 | CD Players | | |
| 76 | 72 | CD Players | | |
| 77 | 72 | CD Players | | |
| 78 | 72 | CD Players | | |
| 79 | 72 | CD Players | | |
| 80 | 72 | CD Players | | |
| 81 | 72 | CD Players | | |
| 82 | 72 | CD Players | | |
| 83 | 72 | CD Players | | |
| 84 | 72 | CD Players | | |
| 85 | 72 | CD Players | | |
| 86 | 72 | CD Players | | |
| 87 | 72 | CD Players | | |
| 88 | 72 | CD Players | Princess | |
| 89 | 25 | Fashion Sets | Princess | |
| 90 | 685 | Pencil Bags | 101 Dalmatian | Disney |
| 91 | 68 | CD Players MP3 Players | Princess | |
| 91 | 45 | MP3 Players | Princess | |
| 92 | 18 | Tea Sets | Princess | Disney |

**SEIZURE INVENTORY, continued**

SUBJECT:     LM Import-Export, Inc. and Hung Lam

| BOX ITEM# | Quantity BOX# | TITLE | PRODUCT TYPE | COMPANY |
|---|---|---|---|---|
| 92 | 30 | Tea Sets | Princess | Disney |
| 93 | 21 | Tea Sets | " | " |
| 93 | 40 | CD players | Princess | Disney |
| 94 | 9 | Tea sets | Princess | Disney |
| 95 | 59 | Radios / CD players | Princess | Disney |
| 95 | 2 | Pooh soap dishes | Pooh | " |
| 95 | 1 | Sip cup | Pooh | " |
| 95 | 1 | pencil sharpener | Pooh | " |
| 95 | 1 | makeup kit | Princess | " |
| 95 | 1 | picture frame | Pooh | " |
| 95 | 2 | chopping sets | Pooh | " |
| 95 | 1 | Stroller | Princess | " |
| 95 | 9 | cell phones | Princess | " |
| 96 | 8 | phones / cameras | Princess | " |
| 96 | 15 | Princess castles | Princess | " |
| 96 | 6 | clocks | Pooh | " |
| 96 | 2 | clocks | Mickey | " |
| 97 | 4 | Clocks | Mickey / Pooh | " |
| 97 | 8 | inflatable dogs | 101 Dalmat. | " |
| 97 | 39 | clocks | Hello Kitty | Sanrio |
| 97 | 1 | cell phone | " | " |
| 97 | 2 | beauty sets | Princess | Disney |
| 98 | 4 | Princess castles | Princess | Disney |
| 98 | 41 | purses | Hello Kitty | Sanrio |

SEIZURE INVENTORY, *continued*

SUBJECT:     LH Import-Export, Inc. and Hung Lam

| ITEM# | BOX# | TITLE | PRODUCT TYPE | COMPANY |
|---|---|---|---|---|
| | 99 | 3 printout from comp blackline | photos | Cairo |
| | | 2 pg. from Chance catalog | Photocopy | Disney |
| | | 2 pg. Party catalog | photocopy | Disney |
| | | list of suppliers | photocopy | |
| | | copy of receipt Trendables | photocopy | |
| | | 3 letterheads | Photocopy | |
| | | email from Hamdi Carsaki | " | |
| | | 4 pgs. invoices - LK Toys Corp | " | |
| | | 2 pgs. invoices - Rising Toys | " | |
| | | 2 pgs. Smart King invoices & | | |
| | | letters; Rising Toys letter | " | |
| | | Printout from LM catalog | " | Disney/Sanrio |
| | | 2006 LM Income Tax Return | " | |
| | | 2006 Lam's Investment Tax Return | " | |
| | | 2008 Og. Payroll | " | |
| | | 2/5/04 Bank Reconciliation | " | |
| | | Lam 2009 Sales Report | " | |
| | | Ca. 2007 LM New Catalog | CD | Disney/Sanrio |
| | | 2 letters from US Customs | photocopy | Disney |
| | | Original Documents | | |

Page 5 of 6
    6 of 6

# EXHIBIT "C"

Disney Enterprises, Inc. and Sanrio, Inc.
v.
LM Import-Export, Inc. and Hung Lam

Case No.: 09-20584-CIV-GOLD/MCALILY

| Box Number from Seizure Inventory | Company | Description | Quantity of Returned & Released Inventory |
|---|---|---|---|
| 34-43 and 91 | Disney | Princess MP3 Players | 765 |
| 13-16 and 26-33 | Disney | Princess Fashion Sets | 593 |
| 95 and 96 | Disney | Princess Cell Phones | 17 |
| | | Disney Total | 1,375 |
| | Sanrio | Hello Kitty Backpacks | 89 |
| | | Sanrio Total | 89 |
| | | Grand Total | 1,464 |