UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CIVIL NO.: 09-20584-CIV-GOLD/MCALILY

DISNEY ENTERPRISES, INC.,
and SANRIO, INC.,

      Plaintiffs,

vs.

LM IMPORT-EXPORT, INC.,
and HUNG LAM,

      Defendants.
_____/

Satisfaction of Judgment

PLEASE TAKE NOTICE THAT Michael W.O. Holihan of Holihan Law acknowledges full payment and satisfaction of the Final Judgment for Plaintiffs, Disney Enterprises, Inc. and Sanrio, Inc., entered in this case against Defendants LM Import-Export, Inc. and Hung Lam in the amount of $135,000.00, and consents that the judgment shall be satisfied of record and directs the Clerk of the United States District Court for the Southern District of Florida to cancel and satisfy the judgment of record.

IN WITNESS WHEREOF the undersigned has caused these presents to be executed this 18th day of March 2011.

Signed, sealed and delivered
in the presence of:

_____
Amy Jarrett

_____
Hailey Peterson

_____
Michael W.O. Holihan
Florida Bar No.: 0782165
Holihan Law
1101 North Lake Destiny Road
Suite 275
Maitland, FL 32751
Telephone: 407-660-8575
Fax: 407-660-0510
Email: Michael.holihan@holihanlaw.com

STATE OF FLORIDA
COUNTY OF ORANGE

BEFORE ME, the undersigned authority, personally appeared Michael W.O. Holihan as attorney for Plaintiffs, Holihan Law acknowledges full payment and satisfaction of the Final Judgment for Plaintiffs, Disney Enterprises, Inc. and Sanrio, Inc. and acknowledged before me that he executed the foregoing instrument for the uses and purposes therein expressed.

Witness my hand and official seal in the State and County last aforesaid this 18th day of March 2011.

_____
Cindy Baker
Commission Number: DD 830695
My Commission Expires: December 27, 2012

[Notary Seal: CINDY BAKER, MY COMMISSION # DD 830695, EXPIRES: December 27, 2012, Bonded Thru Notary Public Underwriters]

2